Mary J. Penniman, a *feme sole,* Appellant, v. Charles H. Thompson and Gertrude Thompson, his wife, Appellees.

Filed April 12, 1916.

Appeal from Circuit Court, Dade County; Daniel A. Simmons, Judge.

Decree affirmed.

*Hudson, Wolfe & Cason,* for Appellant;

*Rand & Kurtz,* for Appellees.

---

Filed April 12, 1916.

Appeal from Circuit Court, Pinellas County; O. K. Reaves, Judge.

Decree affirmed.